RON BENDER (SBN 143364)
rb@lnbrb.com
DAVID B. GOLUBCHIK (SBN 185520)
dbg@lnbrb.com
KRIKOR J. MESHEFEJIAN (SBN 255030)
kjm@lnbrb.com
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Chapter 11
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YARI FILM GROUP, LLC<br><br>Debtor and Debtor in Possession. | Case No. 2:08-bk-20830-BR<br><br>Chapter 11<br><br>**STATEMENT OF DEBTOR IN LIEU OF PLAN BALLOT ANALYSIS**<br><br>Plan Confirmation Hearing:<br>Date:   November 17, 2009<br>Time:   2:00 p.m.<br>Place:  Courtroom 1668<br>        255 East Temple Street<br>        Los Angeles, CA 90012 |

Yari Film Group, LLC, debtor and debtor in possession in the above-referenced Chapter 11 bankruptcy case (the "Debtor"), hereby submits this Statement In Lieu Of Plan Ballot Analysis in respect of the Liquidating Plan (the "Plan") which has been proposed by the Debtor.

The Debtor's Plan establishes two voting classes. Class 1, which consists of priority unsecured claims pursuant to 11 U.S.C. § 507(a)(4), has voted in favor of the Plan. Class 1 claims are held by an insider of the Debtor.

Class 2 consists of general unsecured claims. While the Debtor has obtained the requisite number of votes of Class 2 creditors, the Debtor has not obtained the requisite dollar amount of votes in favor of the Plan. Thus, the Debtor does not have an impaired consenting non-insider class of creditors that have voted in favor of the Plan.

Dated: November 12, 2009             YARI FILM GROUP, LLC

By:  /s/ David B. Golubchik
DAVID B. GOLUBCHIK
KRIKOR J. MESHEFEJIAN
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
Attorneys for Debtor and Debtor in Possession

| In re:<br>YARI FILM GROUP, LLC<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:08-bk-20830-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as **STATEMENT OF DEBTOR IN LIEU OF PLAN BALLOT ANALYSIS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 12, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Richard A Brownstein   rb@brownsteinllp.com
- Alicia Clough   alicia.clough@kayescholer.com
- David B Golubchik   dbg@lnbrb.com
- Joseph A Kohanski   jkohanski@bushquinonez.com
- Mette H Kurth   kurth.mette@arentfox.com
- Krikor J Meshefejian   kjm@lnbrb.com
- Elissa Miller   emiller@sulmeyerlaw.com
- Thomas H Prouty   thomas.prouty@troutmansanders.com
- Jeffrey S Renzi   jrenzi@ssd.com, clopez@ssd.com;ptsui@ssd.com
- Jeremy V Richards   jrichards@pszjlaw.com, bdassa@pszjlaw.com
- Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- Alan G Tippie   atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Pamela Kohlman Webster   pwebster@buchalter.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ------------------------ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 12, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**By attorney service**
Hon. Barry Russell
United States Bankruptcy Court
Central District of California
Los Angeles Division
255 E. Temple Street, Suite 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 12, 2009 | Marguerite Hardin | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                   **F 9013-3.1**

2